In the Matter of the Estate of WILLIAM D. NEUMANN, Deceased. LILLIAN E. NEUMANN, as Executrix of WILLIAM D. NEUMANN, Deceased, Appellant; JOHN SCHNELL, Respondent.—

No opinion. Present — Nolan, P. J., Carswell, Adel, MacCrate and Schmidt, JJ., concur. [See *post*, p. 924.]